UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR16-329-TSZ |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO |
| | ) | SEAL DOCUMENT |
| EDDIE HULL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER has come before the undersigned on the motion, docket no. 32, to file the sentencing memorandum and exhibits under seal, pursuant to Local Criminal Rule 55. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the sentencing memorandum and exhibits, docket no. 33, be filed under seal.

DATED this 7th day of March, 2018.

Thomas S. Zilly
United States District Judge

Presented by:

s/ *Gregory Geist*
Federal Public Defender
Attorney for Eddie Hull

ORDER TO SEAL DOCUMENT - 1
*USA v. Eddie Hull* / CR16-329-TSZ

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**