UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-329-TSZ |
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| EDDIE HULL, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion, docket no. 39, for Entry of a Final Order of Forfeiture ("Motion") for the following property:

1. One Gorilla thumb drive seized from the Defendant on or about December 1, 2016;

2. One Asus laptop computer serial number E8NOWU23534834E, seized from the Defendant on or about December 1, 2016; and,

3. Any and all images of child pornography, in whatever form and however stored.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS entry of a Final Order of Forfeiture is appropriate because:

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On February 21, 2018, the Court entered a Preliminary Order of Forfeiture finding the above-identified property forfeitable pursuant to 18 U.S.C. § 2253 and forfeiting the Defendant's interest in it (Dkt. No. 27);

- Thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n)(1) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 38); and,

- The time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-identified property exists in any party other than the United States;

2. The above-identified property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3. The Department of Homeland Security, Homeland Security Investigations, and/or its representatives, are authorized to dispose of this property as permitted by governing law.

IT IS SO ORDERED.

DATED this 12th day of June, 2018.

*Thomas S. Zilly*

Thomas S. Zilly
United States District Judge

Presented by:

*/s Michelle Jensen*

MICHELLE JENSEN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
(206) 553-2242
Michelle.Jensen@usdoj.gov

Final Order of Forfeiture - 2
*U.S. v. Eddie Hull,* CR16-329-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970