PROB 12A
(05/21)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

Report on Person Under Supervision

**Name:** Eddie Hull  **Case Number:** 2:16CR00329
**Name of Judicial Officer:** The Honorable Thomas S. Zilly, United States District Judge
**Date of Original Sentence:** 03/18/2018  **Date of Report:** 12/21/2023
**Original Offense:** Count 1: Distribution of Child Pornography
Count 2: Possession of Child Pornography
**Original Sentence:** 48 months' custody and 10 years' supervised release
**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** 04/08/2020
**Special Conditions Imposed:**

☒ Substance Abuse   ☒ Financial Disclosure   ☐ Restitution:
☒ Mental Health     ☐ Fine                   ☐ Community Service

☒ Other: Submit to search; register in accordance with the Sex Offender Registration and Notification Act; participate in a sexual deviancy evaluation and make reasonable progress in a certified treatment program; not to possess or peruse sexually explicit material; submit personal computer to inspection; employment is subject to approval; follow all rules and lifestyle restrictions of the sexual deviancy therapist; no direct or indirect contact with children under the age of 18 unless accompanied by an approved chaperone; not to go or loiter within 100 feet of area where minors are known to frequent; consent to ongoing monitoring of computer, hardware, and any/all electronic devices, and comply with all requirements of the computer monitoring program; submit to periodic polygraph testing; placement at a residential reentry center (completed)

## NONCOMPLIANCE SUMMARY

I allege Eddie Hull has violated conditions of supervision by:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Possessing or perusing any authentic, altered, manufactured material that depicts and/or describes "sexually explicit conduct," in violation of a special condition of supervision. |

United States Probation Officer Action:
On December 20, 2023, during a review of computer monitoring records, I observed Mr. Hull searching for and listening to audio books labeled "Naughty bedtime erotica stories;" "Extreme Erotic sex stories for adults;" "Playboys in Love;" and "Hot Swingers Wife."

I spoke to sex offender treatment therapist, Pasha Grant, regarding Mr. Hull's engagement and progress in therapy. She reported Mr. Hull attended an individual appointment on Monday, December 18, 2023, and denied any urges. We agreed, due to Mr. Hull's history of failing to comply with the rules of computer monitoring and his willingness to deceive Ms. Grant, Mr. Hull will no longer be allowed to access the internet.

I confronted Mr. Hull on viewing the sexually explicit audio books and he admitted to consuming the materials. Mr. Hull admitted to resorting to old coping mechanisms and reporting feelings of depression due to life stressors. I confronted Mr. Hull on his deceptive behaviors when his treatment provider questioned him on his urges.

I advised Mr. Hull he will be removed from the computer monitoring program and will not be permitted to access the internet until further notice. Mr. Hull's restoration of internet use will be dependent, in part, on the recommendation of Ms. Grant and her assessment of his progress in addressing this underlying area of risk and need.

Mr. Hull has struggled in recent months due to the death of his sister and his own physical ailments. He has maintained stable employment and residence. Furthermore, he continues to engage in treatment with Ms. Grant. I encouraged Mr. Hull to be conscientious and forthright in his participation in treatment.

I consulted with Assistant United States Attorney Matthew Hampton, and he concurs with my recommendation.

I respectfully recommend the Court endorse my actions of verbal admonishment and loss of internet privileges.

| | |
|---|---|
| I swear under penalty of perjury that the foregoing is true and correct. | APPROVED:<br>Monique D. Neal<br>Chief United States Probation and Pretrial Services Officer |
| Executed on this 21st day of December, 2023. | BY: |
| Britney Sutton<br>United States Probation Officer | Analiese D. Johnson<br>Supervising United States Probation Officer |

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

☒ Judicial Officer endorses the United States Probation Officer's actions
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

_____
Signature of Judicial Officer
December 21, 2023
                    Date